[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carlisle*, Slip Opinion No. 2020-Ohio-6750.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6750

THE STATE OF OHIO, APPELLEE, *v*. CARLISLE, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carlisle*, Slip Opinion No. 2020-Ohio-6750.]**

*Certification of conflict dismissed as having been improvidently certified.*

(No. 2019-1700—Submitted August 18, 2020—Decided December 21, 2020.)

CERTIFIED by the Court of Appeals for Lake County,

No. 2018-L-141, 2019-Ohio-4651.

_____

{¶ 1} This certification of conflict is dismissed, sua sponte, as having been improvidently certified.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Judson J. Hawkins, Eastlake Assistant Law Director, for appellee.

Vanessa R. Clapp, Lake County Public Defender, Melissa Blake, Chief Assistant Public Defender, and Justin J. Mackin, Assistant Public Defender, for appellant, Christian Carlisle.

Dave Yost, Attorney General, Benjamin M. Flowers, Solicitor General, Michael J. Hendershot, Chief Deputy Solicitor General, and Diane R. Brey, Deputy Solicitor General, urging affirmance for amicus curiae, Ohio Attorney General.

_____